IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORIE J. MARSHALL and DEBRA RAMIREZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK TAX SERVICES, INC.,<br>Defendant. | Case No. 3:08-cv-591-MJR |

**MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**REDACTED**

**MOTION FOR LEAVE TO FILE UNDER SEAL PENDING. UN-REDACTED VERSION SUBMITTED TO CHAMBERS.**