# LAKINCHAPMAN LLC

MARK L. BROWN
LICENSED IN ILLINOIS AND MISSOURI
EMAIL: markb@LakinChapman.com

ST. LOUIS (METRO EAST) • CHICAGO
www.LakinChapman.com

300 EVANS AVENUE
WOOD RIVER, IL 62095-0229
DIRECT DIAL: (618) 251-2402
FAX: (618) 254-0193

June 18, 2010

The Honorable Nancy J. Rosenstengel
Clerk of Court
United States District Court Southern District of Illinois
PO Box 249
750 Missouri Ave.
East St. Louis, IL 62202

    Re:    Marshall v. H&R Block Tax Services, Inc.
              Cause No. 08-00591

Dear Ms. Rosenstengel,

    This letter is submitted pursuant to Local Rule 7.1(g) and Federal Rule of Appellate Procedure 28(j), after having received leave to file from the District Court, to advise of supplemental authority as follows.

    Plaintiffs' Reply Memorandum in Support of their Motion for Class Certification (Doc. No. 60) discussed at pages 2, 5, and 8 the case of *Saltzman v. Pella Corp.*, 257 F.R.D. 471 (N.D.Ill.2009), which certified a class action involving the consumer fraud statutes of six states. At the time of oral argument regarding Plaintiffs' class certification motion, the *Saltzman* certification order was on appeal. The Seventh Circuit Court of Appeals affirmed this decision on May 20, 2010, and a petition for panel rehearing or rehearing *en banc* was denied on June 14, 2010. For the Court's convenience, copies of the Seventh Circuit's orders in *Saltzman* are attached hereto as Exhibits 1 and 2.

Very truly yours,

Mark L. Brown

cc (via e-mail):

    Scott T. Schutte, Esq.
    John Michael Clear, Esq.
    Ellen E. Bonacorsi, Esq.
    Robert M. Thompson, Esq.
    W. Jason Rankin, Esq.
    Frank Janecek, Esq.
    Allan Steyer, Esq.
    Paul Weiss, Esq.
    Jeff Millar, Esq.